IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: STAGE DOOR DEVELOPMENT, INC., | ) ) ) | |
| Debtor, | ) ) | |
| WILLIAM C. CARN, III, Trustee in Bankruptcy for Stage Door Development, Inc., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:08mc3418-MHT (WO) |
| H. JACK MIZELL, | ) ) | |
| Defendant and Third-Party Plaintiff, | ) ) ) | |
| JAMES TIMOTHY TURNER, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| HON. DWIGHT H. WILLIAMS, et al., | ) ) ) | |
| Third-Party Defendants. | ) ) | |

**ORDER**

In a submission filed on October 1, 2008 (Doc. No. 8), third-party plaintiffs H. Jack Mizell and James Timothy Turner state that: "Any officer of the Court who involves himself with this counterclaim will be added as a Third Party Defendant in this counterclaim."  It is ORDERED as follows:

    (1) The submission is treated as an objection to any other judge taking action in this case and as a motion to add as a defendant any judge who acts in this case.

    (2) Said objection is overruled and said motion is denied.  If third-party plaintiffs H. Jack Mizell and James Timothy Turner do not like any action taken by the undersigned or any other judge, they can always appeal to a higher court.  They cannot, though, add judges as parties in order to prevent judges from acting in their case.

DONE, this the 8th day of October, 2008.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE