IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
IN RE: STAGE DOOR              )
     DEVELOPMENT, INC.,        )
                               )
    Debtor,                    )
                               )
WILLIAM C. CARN, III,          )
Trustee in Bankruptcy for      )
Stage Door Development,        )
Inc.,                          )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )       1:08mc3418-MHT
                               )            (WO)
H. JACK MIZELL,                )
                               )
    Defendant and Third-       )
    Party Plaintiff,           )
                               )
JAMES TIMOTHY TURNER,          )
                               )
    Third-Party Plaintiff,     )
                               )
    v.                         )
                               )
HON. DWIGHT H. WILLIAMS,       )
et al.,                        )
                               )
    Third-Party                )
    Defendants.                )
```

ORDER

In a submission filed on October 1, 2008 (Doc. No. 8), third-party plaintiffs H. Jack Mizell and James Timothy Turner state that: "Any officer of the Court who involves himself with this counterclaim will be added as a Third Party Defendant in this counterclaim."  It is ORDERED as follows:

    (1) The submission is treated as an objection to any other judge taking action in this case and as a motion to add as a defendant any judge who acts in this case.

    (2) Said objection is overruled and said motion is denied.  If third-party plaintiffs H. Jack Mizell and James Timothy Turner do not like any action taken by the undersigned or any other judge, they can always appeal to a higher court.  They cannot, though, add judges as parties in order to prevent judges from acting in their case.

DONE, this the 8th day of October, 2008.

                                       /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE